### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **SHAWN MONDECK, individually and on behalf of all others similarly situated,** §<br>§<br>*Plaintiff*, §<br>§<br>**v.** §<br>§<br>**LINEQUEST, LLC,** §<br>*Defendant*. § | No. MO:19-CV-221-DC |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF THE U.S. MAGISTRATE JUDGE

BEFORE THE COURT is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation ("R&R") (Doc. 108) filed in the above-captioned cause on November 5, 2021, in connection with Defendant LineQuest, LLC's ("Defendant") Amended Motion for Summary Judgment, or Alternatively, to Decertify Class (Doc. 96). Neither party filed objections, and the deadline to do so has expired. Accordingly, the Court **ADOPTS** the R&R in its entirety (Doc. 108), and **GRANTS IN PART AND DENIES IN PART** Defendant's Amended Motion for Summary Judgment, or Alternatively, to Decertify Class (Doc. 96). Specifically, the Court **GRANTS** Defendant's Motion to Decertify Class and **DISMISSES WITHOUT PREJUDICE** each opt-in Plaintiffs' claims against Defendant. (Doc. 96).

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file written objections within fourteen (14) days after being served with a copy of the findings and recommendations. 28 U.S.C. § 636(b)(1). Failure to file written objections to the R&R within fourteen (14) days after being served with a copy shall bar that party from de novo review by the district court of the proposed findings and recommendations. *Id*.

Moreover, except upon grounds of plain error, it shall also bar the party from appellate review of proposed factual findings and legal conclusions accepted by the district court to which no objections were filed. *Id.*; *Thomas v. Arn*, 474 U.S. 140, 150–53 (1985); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989) (per curiam).

The Court reviewed the R&R for clear error, the Court finds it to be neither clearly erroneous nor contrary to law.

For the foregoing reasons, the Court **ADOPTS** the R&R (Doc. 108), **GRANTS** Defendant's Motion to Decertify Class (Doc. 96), and **DISMISSES WITHOUT PREJUDICE** each opt-in Plaintiffs' claims against LineQuest, LLC.

It is further **ORDERED** that Defendant's Motion to Vacate Conditional Class Certification is **DENIED** as moot. (Doc. 48).

It is so **ORDERED**.

SIGNED this 14th day of December, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE