# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| SHAWN MONDECK, and GARRETT NICHOLS, § § § | |
| *Plaintiffs*, § § | |
| v. § | NO. MO:19-CV-221-DC |
| § § | |
| LINEQUEST, LLC, § § § | |
| *Defendant*. § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's prior orders regarding Defendant LINEQUEST, LLC's Motion for Summary Judgment,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that judgment be entered in favor of Defendant LINEQUEST, LLC and against Plaintiffs SHAWN MONDECK and GARRETT NICHOLS ("Plaintiffs").

It is further **ORDERED** that Plaintiffs' claims under the Fair Labor Standards Act are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that each opt-in plaintiffs' claims under the Fair Labor Standards Act are hereby **DISMISSED WITHOUT PREJUDICE**.

Any relief not expressly granted in this Final Judgment is hereby **DENIED**.

All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED** as moot.

This case is terminated and the Clerk of the Court is instructed to **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 15th day of February, 2022.

                                        DAVID COUNTS
                                        UNITED STATES DISTRICT JUDGE